UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JODIE ROSS,<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 2:04-cv-103<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

  The parties to this action, by their respective attorneys, hereby stipulate that this matter may be dismissed with prejudice, each party to bear her or its own attorneys' fees, costs, and expenses.

January 4, 2007

_/s/_____
John L. Franco
110 Main Street
Burlington, VT  05401

*Attorney for Plaintiff*

January 4, 2007

_/s/_____
Patricia M. Sabalis
DOWNS RACHLIN MARTIN PLLC
199 Main Street, Courthouse Plaza
P.O. Box 190
Burlington, Vermont 05402-0190

*Attorneys for IBM*

BTV.546224.01

